STATE of Missouri, Respondent,

v.

Leamon BEENE, Appellant.

No. 63148.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 11, 1994.

George Batek, Farmington, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

Defendant appeals his conviction for possession of a controlled substance. Finding no error, we affirm. We further find no jurisprudential purpose would be served by a written opinion and affirm by summary order. Rule 30.25(b). A memorandum has been provided to the parties for their use only.

Willie HOSKINS, Appellant,

v.

STATE of Missouri, Respondent.

No. 63149.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 11, 1994.

Willie Hoskins, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

We find the motion court did not clearly err in denying Movant's motion for postconviction relief as successive and untimely. Rule 29.15(k) and (m). We further find an opinion in this case would have no precedential purpose and affirm by written order. Rule 84.16(b). A memorandum has been issued to the parties for their use only.